(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mohring, Roger A.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Mohring, Terry A.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-2842** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-0075** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**0 N 120 Cottonwood Drive<br>Wheaton, IL 60187** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**0 N 120 Cottonwood Drive<br>Wheaton, IL 60187** |
| County of Residence or of the<br>Principal Place of Business:    **Du Page** | County of Residence or of the<br>Principal Place of Business:    **Du Page** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)              ☐ Railroad<br>☐ Corporation              ☐ Stockbroker<br>☐ Partnership              ☐ Commodity Broker<br>☐ Other_____              ☐ Clearing Bank | ☐ Chapter 7        ☐ Chapter 11        ■ Chapter 13<br>☐ Chapter 9        ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business        ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>  Must attach signed application for the court's  consideration<br>  certifying that the debtor is unable to pay fee except in installments.<br>  Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there
   will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

## Voluntary Petition
*(This page must be completed and filed in every case)*

FORM B1, Page 2

Name of Debtor(s):
**Mohring, Roger A.**
**Mohring, Terry A.**

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Roger A. Mohring**
Signature of Debtor **Roger A. Mohring**

X    **/s/ Terry A. Mohring**
Signature of Joint Debtor **Terry A. Mohring**

_____
Telephone Number (If not represented by attorney)

**February 28, 2005**
Date

### Signature of Attorney

X    **/s/ Law Offices of Joseph Wrobel, Ltd.**
Signature of Debtor(s)
**Law Offices of Joseph Wrobel, Ltd. 3078256**
Printed Name of Attorney for Debtor(s)
**Kathleen Vaught, P.C. #2892790**
Firm Name
**Law Offices of Kathleen Vaught, P.C**
**600 W. Roosevelt Rd., Suite B-1**
**Wheaton, IL 60187**
Address
**630-871-9100  Fax: 630-871-9200**
Telephone Number
**February 28, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    **/s/ Law Offices of Joseph Wrobel, Ltd.**   **February 28, 2005**
Signature of Attorney for Debtor(s)         Date
**Law Offices of Joseph Wrobel, Ltd.**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X    _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Roger A. Mohring,**
**Terry A. Mohring**

Case No. _____

_____,
Debtors

Chapter _____ **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 26,791.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 9,021.46 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 7,175.32 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 111,621.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,709.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,887.00 |
| Total Number of Sheets of ALL Schedules | | 50 | | | |
| Total Assets | | | 26,791.00 | | |
| Total Liabilities | | | | 127,818.09 | |

In re    **Roger A. Mohring,**    Case No. _____
     **Terry A. Mohring**

_____,
                               Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | | (Report also on Summary of Schedules) |

**0** continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Roger A. Mohring,**                                               Case No. _____
      **Terry A. Mohring**

_____,
                   Debtors

## SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TCF Bank savings** | J | 2.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **landlord** | J | 1,200.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **5 rooms furnished TV/VCR** | J | 500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **various clothing** | J | 400.00 |
| 7. | Furs and jewelry. | | **wedding band** | J | 100.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  | |
|---|---|
| Sub-Total > | 2,202.00 |
| (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

In re   **Roger A. Mohring,**
        **Terry A. Mohring**
        _____ ,
        Debtors

Case No. _____

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | **401 (K)** | | H | 18,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >   **18,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Roger A. Mohring,**
         **Terry A. Mohring**

Case No. _____

_____,
Debtors

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Ford Taurus 130,000 miles not running** | J | **364.00** |
| | | **2001 Chevy Malibu 79,000 miles** | J | **6,225.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    **6,589.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Roger A. Mohring,**                                    Case No. _____

     **Terry A. Mohring**

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33.  Other personal property of any kind not already listed. | X | | | |

|  | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **26,791.00** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Roger A. Mohring,**                                        Case No. _____
      **Terry A. Mohring**
                                           Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| TCF Bank savings | **735 ILCS 5/12-1001(b)** | **2.00** | **2.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| landlord | **735 ILCS 5/12-1001(b)** | **1,200.00** | **1,200.00** |
| **Household Goods and Furnishings** | | | |
| 5 rooms furnished TV/VCR | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| various clothing | **735 ILCS 5/12-1001(a)** | **400.00** | **400.00** |
| **Furs and Jewelry** | | | |
| wedding band | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401 (K) | **735 ILCS 5/12-704** | **18,000.00** | **18,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1992 Ford Taurus 130,000 miles not running | **735 ILCS 5/12-1001(b)** | **364.00** | **364.00** |
| 2001 Chevy Malibu 79,000 miles | **735 ILCS 5/12-1001(c)** | **2,400.00** | **6,225.00** |

<u>  0  </u>   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

Form B6D
(12/03)

In re  **Roger A. Mohring,**
       **Terry A. Mohring**

Case No. _____

_____,
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **14979252** <br><br> **Ford Motor Credit** <br> **c/o AMO Recoveries** <br> **7001 Peachtree Ind. Blvd. Ste. 320** <br> **Norcross, GA 30092** | | J | **1992 Ford Taurus** <br> **130,000 miles** <br> **not running** <br><br> Value $     **364.00** | | | | 363.46 | 0.00 |
| Account No. <br><br> **Lawrence Friedman, P.C.** <br> **19 South LaSalle Street** <br> **Tenth Floor** <br> **Chicago, IL 60603** | | J | **1992 Ford Taurus** <br> **130,000 miles** <br> **not running** <br><br> **notice only** <br><br> Value $     **364.00** | | | | 0.00 | 0.00 |
| Account No. **4824690** <br><br> **Wells Fargo Finance Acceptance** <br> **1 International Plaza** <br> **Suite 300** <br> **Philadelphia, PA 19113-1510** | | J | **2001 Chevy Malibu** <br> **79,000 miles** <br><br> Value $     **6,225.00** | | | | 8,658.00 | 2,433.00 |
| Account No. <br><br> | | | <br><br> Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal (Total of this page) | 9,021.46 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 9,021.46 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E
(04/04)

In re  **Roger A. Mohring,**                                             Case No. _____
        **Terry A. Mohring**

_____ ,
                        Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** _____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **Roger A. Mohring,**
         **Terry A. Mohring,**

Case No. _____

_____,
Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **43970300**<br><br>**DCFS**<br>**Office of Collections**<br>**406 East Monroe Station 433**<br>**Springfield, IL 62701** | | J | **arrearage** | | | | 4,511.39 | 0.00 |
| Account No.<br><br>**Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** | | J | **1999 1040 $638.78**<br>**2001 1040 $1026.54**<br>**2002 1040 $748.61**<br>**2004 1040 $250.00** | | | | 2,663.93 | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 7,175.32 |
| Total<br>(Report on Summary of Schedules) | 7,175.32 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F
(12/03)

In re   **Roger A. Mohring,**
**Terry A. Mohring**
_____,
Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **4086245** | | | | | **Notice only** | | | | |
| **KCA Financial Services** **628 North Street** **Geneva, IL 60134** | | | J | | | | | | **0.00** |
| Account No. **3301108966101** | | | | | **Notice Only** **c/o AT&T Credit Management Center** **c/o Captial One Services** | | | | |
| **NCO Financial Systems, Inc.** **507 Prudential Road** **Horsham, PA 19044** | | | J | | | | | | **0.00** |
| Account No. **000025** | | | | | | | | | |
| **A. Gwendolyn Noble, M.D.** **PO Box 95578** **Hoffman Estates, IL 60195** | | | J | | | | | | **153.00** |
| Account No. **IL799** | | | | | | | | | |
| **AAA Collections** **PO Box 881** **Sioux Falls, SD 57101** | | | J | | | | | | **164.00** |
| __35__  continuation sheets attached | | | | | | Subtotal (Total of this page) | | | **317.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

S/N:28065-050105   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Roger A. Mohring,**
     **Terry A. Mohring**

Case No. _____

_____,
                                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Academic Endocrine Metabolism Dr. Zeller 120 Spalding Dr. Naperville, IL 60540** | | J | | | | | 75.00 |
| Account No. **201644** <br><br>**American Collection Corp. 919 Estes Ct. Schaumburg, IL 60193** | | J | Notice Only | | | | 0.00 |
| Account No. <br><br>**Armor Systems Corp. 2232 N. Greenbay Rd. Waukegan, IL 60087** | | J | 1000847366 $40.00 $188.00 $140.40 45282 $28.20 100132 $21.00 100125 $150.00 100153 $31.00 100145 $28.00 | | | | 626.60 |
| Account No. <br><br>**Arthur S. Corrales, ESQ. c/o T-Mobile PO Box 6340 Clearwater, FL 33758** | | J | notice | | | | 0.00 |
| Account No. **SBC ILLIN-1450XXXX** <br><br>**Asset Acceptance LLC 7027 Miller Dr. Warren, MI 48092** | | J | | | | | 168.00 |

Sheet no. __1__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

869.60

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Roger A. Mohring,**
     **Terry A. Mohring**
                                               ,
                                              Debtors

Case No. _____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No. 6306814686** <br><br> **AT&T** <br> **PO Box 8212** <br> **Aurora, IL 60572** | | J | | | | | | | 100.00 |
| **Account No. 3301108966101** <br><br> **AT&T Credit Management Center** <br> **PO Box 57907** <br> **Murray, UT 84157** | | J | | | | | | | 150.47 |
| **Account No. 16839** <br><br> **ATG Credit, LLC** <br> **c/o Comprehensive Neurological Serv** <br> **PO Box 14895** <br> **Chicago, IL 60614** | | J | | | Notice only | | | | 0.00 |
| **Account No. 80501019577860622** <br><br> **AXSYS Fingerhut** <br> **53 Mcleland Ave.** <br> **Saint Cloud, MN 56395** | | J | | | | | | | 437.63 |
| **Account No. 10703665** <br><br> **Build-a-Bear** <br> **c/o Marlin Integrated Capital** <br> **P.O. Box 8529** <br> **Philadelphia, PA 19101-8529** | | J | | | | | | | 79.00 |

Sheet no. __2__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

767.10

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
    **Terry A. Mohring**
                                      **Debtors**

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **20206496** <br><br> **Caine & Weiner** <br> **c/o eBay** <br> **PO Box 8500** <br> **Van Nuys, CA 91409** | | J | | Notice only | | | | 0.00 |
| Account No. <br><br> **Capital One Services** <br> **c/o NCO Financial Systems, Inc.** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | J | | | | | | 0.00 |
| Account No. <br><br> **Capital One Services** <br> **PO Box 60000** <br> **Seattle, WA 98190** | | J | | 4121-7424-1000-6616 $ 728.00 <br> 5291-1519-4197-7496 $ 1,189.00 | | | | 1,917.00 |
| Account No. **51780524** <br><br> **Capital One, FSB** <br> **P.O. Box 85520** <br> **Internal Zip 12030-0163** <br> **Richmond, VA 23285-5520** | | J | | | | | | 236.36 |
| Account No. **7255910** <br><br> **Cash Flow Consultants** <br> **c/o Rush Univ. Medical Center** <br> **PO Box 1527** <br> **Bridgeview, IL 60455** | | J | | Notice | | | | 0.00 |

Sheet no. __3__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,153.36**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Roger A. Mohring,**
        **Terry A. Mohring**                                          Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **92041203** <br><br> **CB Accounts** <br> **c/o FirstCare Health Services** <br> **PO Box 50** <br> **Arrowsmith, IL 61722** | | J | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **CCB Credit Services** <br> **c/o Sterling Bank and Trust** <br> **PO Box 272** <br> **Springfield, IL 62705** | | J | | | | | **529.10** |
| Account No. **08-043283536** <br><br> **Central DuPage Hospital** <br> **c/o Merchants Credit Guide Co.** <br> **223 W. Jackson Blvd.** <br> **Chicago, IL 60606** | | J | | | | | **5,750.91** |
| Account No. **301200** <br><br> **Centra Physicians Billing Office** <br> **PO Box 479** <br> **Winfield, IL 60190** | | J | | | | | **273.87** |
| Account No. <br><br> **Central DuPage Hospital** <br> **c/o Revenue Production Managment** <br> **P.O. Box 830913** <br> **Birmingham, AL 35283-0913** | | J | 3174676-001  $140.46 <br> 3229571-003  $57.28 <br> 3284238-001  $58.35 <br> 3229571-002  $71.31 <br> 2515509-001  $439.32 <br> 2279990-001  $127.68 <br> 2279990-002  $118.27 <br> 3229571-001  $121.85 | | | | **1,134.52** |

Sheet no. __4__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,688.40**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
     **Terry A. Mohring,**

Case No. _____

_____,
                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Central DuPage Hospital** <br>**c/o Grabowski Law Center, LLC** <br>**2800 S River Road, Ste. 410** <br>**Des Plaines, IL 60018-6090** | | J | **2004AR002218** | | | | **0.00** |
| Account No. 3229571 <br><br>**Central DuPage Hospital** <br>**P.O. Box 4698** <br>**Carol Stream, IL 60197-4698** | | J | 3229571 $826.78 <br>3280166 $71.88 <br>3164949 $439.78 <br>3398571 $224.63 <br>3864385 $2329.45 | | | | **3,892.52** |
| Account No. <br><br>**Central DuPage Hospital** <br>**0N025 Winfield Road** <br>**Winfield, IL 60190-1295** | | J | 3324293 $948.76 <br>3324904 $565.01 <br>3235160 $65.18 | | | | **1,578.95** |
| Account No. 1605830 <br><br>**Central DuPage Hospital** <br>**c/o Medical Accounting Service** <br>**5626 Frantz Rd., PO Box 7100** <br>**Dublin, OH 43017-0704** | | J | | | | | **19.64** |
| Account No. 86080101628 <br><br>**Central DuPage Hospital** <br>**c/o ChartOne** <br>**P.O. Box 1438** <br>**San Jose, CA 95109-1438** | | J | | | | | **52.49** |

Sheet no. __5__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,543.60**

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
         **Terry A. Mohring**                                             Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2109204-001  $4437.35<br>3582362-001  $75.00<br>29-5187-0     $127.68<br>1164783-001  $466.71<br>1986509-001  $100.00 | | | | |
| **Central DuPage Hospital**<br>**c/o RPM**<br>**P.O. Box 925**<br>**Rosemont, IL 60018-0925** | | J | | | | | | | |
| | | | | | | | | | **9,846.77** |
| Account No. **6480** | | | | | | | | | |
| **Certegy Payment Services**<br>**c/o Build-a-Bear**<br>**PO Box 30046**<br>**Tampa, FL 33630** | | J | | | | | | | |
| | | | | | | | | | **79.00** |
| Account No. **6306908721097** | | | | | Notice | | | | |
| **CFC Financial LLC**<br>**c/o SBC Illinois**<br>**PO Box 909887**<br>**Cincinnati, OH 45274** | | J | | | | | | | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | 9922200945 $266.14<br>9811200645 $1113.97<br>0215800696 $50.00<br>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 $798.60<br>35-G549391 $520.20 | | | | |
| **Children's Memorial Hospital**<br>**75 Remittance Drive - Suite 92611**<br>**Chicago, IL 60675-2611** | | J | | | | | | | |
| | | | | | | | | | **2,748.91** |
| Account No. **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** | | | | | | | | | |
| **Childrens Memorial H Health**<br>**PO Box 92746**<br>**Chicago, IL 60675** | | J | | | | | | | |
| | | | | | | | | | **798.60** |

Sheet no. __6__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,473.28**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**                                    Case No. _____
      **Terry A. Mohring**
_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **TOH1260187** <br><br> **Childrens Memorial Med-Cor** <br> **c/o Health Information Solutions** <br> **PO OBx 89001** <br> **Saratoga, CA 95070** | | J | | | | | 25.00 |
| Account No. **279853964** <br><br> **Cingular Wireless** <br> **c/o NCO Financial Systems** <br> **507 Prudential Rd.** <br> **Horsham, PA 19044** | | J | | | | | 1,470.96 |
| Account No. **7865919-0** <br><br> **Clarian Health** <br> **c/o Harris & Harris, Ltd** <br> **600 W. Jackson Blvd., Ste. 700** <br> **Chicago, IL 60661** | | J | | | | | 473.50 |
| Account No. **163685** <br><br> **CM Healthcare** <br> **21020 Rand Road Suite C** <br> **Lake Zurich, IL 60047** | | J | | | | | 1,000.00 |
| Account No. **8099144008** <br><br> **ComED** <br> **Bill Payment Center** <br> **Chicago, IL 60668** | | J | | | | | 365.16 |

Sheet no. \_\_**7**\_\_ of \_\_**35**\_\_ sheets attached to Schedule of          Subtotal          3,334.62
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Roger A. Mohring,**
     **Terry A. Mohring,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **16839** <br><br> **Comprehensive Neurological Services** <br> **PC Fred Nour M.D.** <br> **1n141 County Farm Rd. Ste-130** <br> **Winfield, IL 60190** | | J | | | | | 1,610.00 |
| Account No. **45** <br><br> **Computer Credit Services** <br> **5340 N Clark St.** <br> **Chicago, IL 60640** | | J | | | | | 411.00 |
| Account No. <br><br> **Cub Foods** <br> **Cub East Regional Office** <br> **18W100 22nd St. Ste-109** <br> **Oakbrook Terrace, IL 60181** | | J | 8000800282  $78 <br> 8000800281  $95 <br> 8000800280  $205 <br> 8000800279  $57 <br> 8000312662  $705.49 <br> 8000312663  $57 <br> 8000312662  $212 | | | | 1,409.49 |
| Account No. **700802** <br><br> **Cub Foods Pharmacy** <br> **c/o National Recoveries, Inc.** <br> **11000 Central Ave. NE** <br> **Blaine, MN 55434-3827** | | J | | | | | 104.26 |
| Account No. **43970300** <br><br> **DCFS** <br> **Office of Collections** <br> **406 East Monroe Station 433** <br> **Springfield, IL 62701** | | J | | | | | 4,511.39 |

Husband, Wife, Joint, or Community

Sheet no. __**8**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,046.14

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**                                      Case No. _____
         **Terry A. Mohring**

_____,
                          Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Dennis M. Moore, MD** 1875 Dempster St. Suite 625 Park Ridge, IL 60068 | | J | **16052 $719.00** **W5942014-HC-ST510-999 $516.10** | | | | 1,235.10 |
| Account No. **6001253672** **DJ Othropedics LLC** PO Box 9176 Minneapolis, MN 55480 | | J | | | | | 42.00 |
| Account No. **Dr. Esperanza Garcia-Alvarez** Mt. Sinai Hospital Chicago, IL 60608 | | J | | | | | 500.00 |
| Account No. **L01615983235** **Dr. Katerji** Swedish American Medical Group P.O. Box 4388, 1400 Charles St. Rockford, IL 61110-0888 | | J | | | | | 48.51 |
| Account No. **Dr. Roberson** 4440 W. 95th St. Oak Lawn, IL 60453 | | J | | | | | 100.00 |

Sheet no. __**9**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,925.61

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
**Terry A. Mohring**                                                Case No. _____

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Dupage Internal Medicine**<br>**517 Thornhill Dr.**<br>**Carol Stream, IL 60188** | | J | | | | | | | 140.00 |
| Account No. **284505494-65982107**<br><br>**Dupage Medical Group**<br>**135 S. LaSalle, Dept. 1860**<br>**Chicago, IL 60674** | | J | | | | | | | 30.00 |
| Account No.<br><br>**DuPage Pathology**<br>**333 Chestnut St. Ste-204**<br>**Hinsdale, IL 60521** | | J | | | | | | | 79.00 |
| Account No. **A38652**<br><br>**Dupage Surgical Consultants, LTD**<br>**7 Blanchard Circle #104**<br>**Wheaton, IL 60187** | | J | | | | | | | 69.44 |
| Account No. **E20206496**<br><br>**eBay, Inc.**<br>**Global Accounting Dept.**<br>**2145 Hamilton Ave.**<br>**San Jose, CA 95125** | | J | | | | | | | 728.12 |

Sheet no. __**10**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,046.56**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
**Terry A. Mohring**                                          Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **163685** <br><br> **Elmhurst Clinic** <br> **75 Remittance Dr** <br> **Ste. 1253** <br> **Chicago, IL 60675-1253** | | J | | | | | | | | 100.00 |
| Account No. **57672** <br><br> **Female Healthcare Association, LTD** <br> **471 West Army Trail Road** <br> **Suite 103** <br> **Bloomingdale, IL 60108** | | J | | | | | | | | 38.40 |
| Account No. **9204-01** <br><br> **First Care Ambulance** <br> **1941 Selmarten Road** <br> **Aurora, IL 60505** | | J | | | | | | | | 254.10 |
| Account No. <br><br> **First Collection Services** <br> **c/o T-Mobile** <br> **10925 Otter Creek E. Blvd.** <br> **Mabelvale, AR 72103** | | J | Notice | | | | | | | 0.00 |
| Account No. <br><br> **First National Collection Bureau** <br> **3631 Warren Way** <br> **Reno, NV 89509** | | J | | | | | | | | 728.68 |

Sheet no. __**11**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            1,121.18

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**                                    Case No. _____
         **Terry A. Mohring**
_____,
                                   Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **9204-1203** | | | | | | | | |
| **FirstCare Health Services Enhanced 911 Service 1501 Odgen Ave. West Oswego, IL 60543** | | J | | | | | | 450.00 |
| Account No. **0184071587-0001** | | | | | | | | |
| **Fun with Photos, Memories, More c/o Penn Credit Corporation P.O. Box 988 Harrisburg, PA 17108-0988** | | J | | | | | | 32.65 |
| Account No. | | | | | | | | |
| **Gauthier Healthcare 57 Danada Square East Wheaton, IL 60187** | | J | | | | | | 2,000.00 |
| Account No. **301459** | | | | | | | | |
| **Glenbard Family Medicine Centra PO Box 479 Winfield, IL 60190** | | J | | | | | | 300.00 |
| Account No. **16648** | | | | | | | | |
| **Glenn Ellyn Ophth Assoc. LTD 45S Park Blvd. Ste-375 Glen Ellyn, IL 60137** | | J | | | | | | 30.00 |

Sheet no. __**12**_ of _**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,812.65

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
**Terry A. Mohring**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **29150** <br><br> **Grossweiner & Blaszak, P.C.** <br> **120 W Spalding Drive** <br> **Suite 405** <br> **Naperville, IL 60540** | | J | | | | | **25.00** |
| Account No. <br><br> **Heartland Financial** <br> **c/o Mayo Clinic** <br> **PO Box 3972** <br> **Minneapolis, MN 55103** | | J | Notice only | | | | **0.00** |
| Account No. **07035718** <br><br> **Hinsdale Anes Association, LTD** <br> **Dept 77-9131** <br> **Chicago, IL 60678** | | J | | | | | **61.60** |
| Account No. **H-5327288** <br><br> **Hinsdale Hospital** <br> **PO Box 9247** <br> **Oak Brook, IL 60522** | | J | | | | | **605.27** |
| Account No. **1214** <br><br> **Hospital at Home SVS, LP** <br> **801 E. Washington St.** <br> **Naperville, IL 60566** | | J | $300 <br> $500 | | | | **800.00** |

Sheet no. __**13**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **1,491.87**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
         **Terry A. Mohring**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 5488-9750-0781-2145 $523.00 5488-9750-1225-6312 $1132.00 | | | | |
| **Household Bank PO Box 98706 Las Vegas, NV 89193** | | J | | | | | 1,655.00 |
| Account No. **423594** | | | | | | | |
| **IC Systems Inc. 444 Highway 96E. Saint Paul, MN 55127** | | J | | | | | 516.00 |
| Account No. **3389112** | | | | | | | |
| **ICS c/o Pediatric Faculty Found. Inc. PO Box 646 Oak Lawn, IL 60454** | | J | | | | | 1,277.00 |
| Account No. **4178370** | | | Notice Only | | | | |
| **Illinois Collection Services PO Box 646 Oak Lawn, IL 60454** | | J | | | | | 0.00 |
| Account No. **03439** | | | | | | | |
| **Johnson, Westra, Broecker, Et Al 380 S. Schmale Rd. Ste 102 Carol Stream, IL 60188** | | J | | | | | 10,145.95 |

Sheet no. __14_ of _35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,593.95

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Roger A. Mohring,**
          **Terry A. Mohring,**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Joseph Wells DDS**<br>**416 E. Roosevelt Rd. Ste-100**<br>**Wheaton, IL 60187** | | J | **docket 97SC5042**<br>**Judgement $832.00 paid** | | | | 370.00 |
| Account No.<br><br>**Katerji Pediatric Neurology & Assoc**<br>**900 Jorie Blvd. Ste-220**<br>**Oak Brook, IL 60523** | | J | **112-1465 $15.00**<br>**112-2058 $15.00**<br>**112-1234 $10.00**<br>**112-376 $10.00**<br>**112-742 $10.00** | | | | 60.00 |
| Account No. 2445981<br><br>**KCA Financial Services**<br>**c/o HHM 13/ Emergency Services**<br>**628 North Street**<br>**Geneva, IL 60134** | | J | | | | | 404.00 |
| Account No. 6026476-10<br><br>**La Rabida Children's Hospital**<br>**East 65th St. at Lake Michigan**<br>**Chicago, IL 60649** | | J | | | | | 22.80 |
| Account No. 305305324807<br><br>**LaSalle Bank**<br>**c/o TeleCheck Recovery Systems Inc**<br>**P.O. Box 17450**<br>**Denver, CO 80217** | | J | | | | | 1,323.02 |

Sheet no. __15__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,179.82

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
         **Terry A. Mohring**                                              Case No. _____

                                  _____ ,
                                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Notice only | | | | |
| Law Offices of Mitchell N Kay, P.C. PO Box 2374 Chicago, IL 60690 | | | J | | | | | | 0.00 |
| Account No. 7255910-622 | | | | | Notice only | | | | |
| Law Offices of Richard R. Della Cor c/o Rush Univ. Medical Center 9447 West 144th Place Ste-100 Orland Park, IL 60462 | | | J | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Lillian Susan Warden Advanced Healthcare Associates 721 E. Roosevelt Rd. Wheaton, IL 60187 | | | J | | | | | | 410.00 |
| Account No. | | | | | 205599 $374.80 230512 $50.00 231086 $157.20 | | | | |
| M&M Othopedics 4115 Fairview Ave. Downers Grove, IL 60515 | | | J | | | | | | 582.00 |
| Account No. 11 | | | | | | | | | |
| M3 Financial Services 1001 W. Van Buren St. Chicago, IL 60607 | | | J | | | | | | 317.60 |

Sheet no. __16__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,309.60**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
          **Terry A. Mohring**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5488-9750-1225-6312** | | | **Notice Only** | | | | |
| **Malcolm S. Gerald & Associates, Inc c/o Household Bank 332 South Michigan Ave., Suite 600 Chicago, IL 60604** | | J | | | | | **0.00** |
| Account No. **508882842** | | | | | | | |
| **Mayo Clinic 200 1st St SW Rochester, MN 55905** | | J | | | | | **1,588.00** |
| Account No. **26638348** | | | | | | | |
| **MCI Communications c/o CBCS 250 East Towne Street Columbus, OH 43215** | | J | | | | | **205.00** |
| Account No. **3975817-NAGEZ2** | | | | | | | |
| **MCI Telecommunications Corp c/o Rish Managment Alternatives 802 E Martintown Rd., Ste. 201 North Augusta, SC 29841** | | J | | | | | **204.52** |
| Account No. **3AS23994** | | | | | | | |
| **MCI WorldCom P.O. Box 17890 Denver, CO 80217-0890** | | J | | | | | **131.32** |

Sheet no. __**17**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,128.84**

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
**Terry A. Mohring**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | $1034.00 $500.00 479.49 | | | | |
| **Mediacal Recovery Specialists c/o Rush Univ. Medical Center 2200 E. Devon Ave. Des Plaines, IL 60018** | J | | | | | | | 2,013.49 |
| Account No. **MB2906** | | | | Notice only | | | | |
| **Medical Business Bureau, Inc. c/o Hindsdale Anes. Assocaites, LTD PO Box 1219 Park Ridge, IL 60068** | J | | | | | | | 0.00 |
| Account No. **11227077** | | | | Notice Only | | | | |
| **Medical Collections Systems c/o Midwest Pediatric Cardiology 725 S. Wells Avenue Chicago, IL 60607** | J | | | | | | | 0.00 |
| Account No. **0233207** | | | | | | | | |
| **Medical Express Ambulance Service 5650 W. Howard St. Box 1032 Skokie, IL 60077** | J | | | | | | | 450.00 |
| Account No. | | | | | | | | |
| **Medical Recovery Specialists, Inc. c/o Children's Memorial Medical Gp 2350 East Devon Ste. 225 Des Plaines, IL 60018** | J | | | | | | | 144.00 |

Sheet no. __18__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,607.49

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Roger A. Mohring,**
**Terry A. Mohring**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **404034** | | | | | | | | | |
| **Medicredit Corp.** **PO Box 7206** **Columbia, MO 65205** | | J | | | | | | | 1,132.00 |
| Account No. | | | | | Notice Only c/o RCW LTD, Radiological Consult. c/o Cub Foods | | | | |
| **Merchants Credit Guide Co.** **223 W. Jackson Blvd.** **Chicago, IL 60606** | | J | | | | | | | 0.00 |
| Account No. | | | | | 08-043283536 $5213.49 804168 $605.27 $537.42 | | | | |
| **Merchants Credit Guide Co.** **223 W. Jackson Blvd.** **Chicago, IL 60606** | | J | | | | | | | 6,356.18 |
| Account No. 9756-48205 | | | | | | | | | |
| **Midwest Pediatric Cardiology** **P.O. Box 3773** **Oak Brook, IL 60522** | | J | | | | | | | 450.00 |
| Account No. | | | | | Notice | | | | |
| **Money Control, Inc.** **7891 Mission Grove Pkwy South** **Ste-A** **c/o SBC** **Riverside, CA 92508** | | J | | | | | | | 0.00 |

Sheet no. __19__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 7,938.18 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Roger A. Mohring,**
       **Terry A. Mohring**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | $78.04 $338.37 | | | | |
| **Mt. Sinai Hosptial California Ave. at 15th St. Chicago, IL 60608** | | | J | | | | | | **416.41** |
| Account No. **MG0000068540** | | | | | | | | | |
| **Mt. Sinai Medical Group 135 S. LaSalle St. Chicago, IL 60674** | | | J | | | | | | **70.00** |
| Account No. **244** | | | | | 244 $404.00 246 $408.00 246 $175.00 | | | | |
| **Mutual Management PO Box 4777 Rockford, IL 61110** | | | J | | | | | | **987.00** |
| Account No. **48682388** | | | | | | | | | |
| **National Action Financial Service c/o Captial One 165 Lawrence Bell Dr. Ste-100 Williamsville, NY 14221** | | | J | | | | | | **1,194.46** |
| Account No. **700802** | | | | | Notice only | | | | |
| **National Recoveries Inc. c/o Cub Foods Pharmacy 11000 Central Ave. Minneapolis, MN 55434** | | | J | | | | | | **0.00** |

Sheet no. __**20**__ of __**35**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,667.87**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**                                    Case No. _____
         **Terry A. Mohring**

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No. | | | | Notice only | | | | |
| **Nationwide Credit, Inc.** **c/o US Dept. of Education** **2015 Vaughn RD NW Ste- 400** **Kennesaw, GA 30144** | J | | | | | | | 0.00 |
| Account No. | | | | notice only | | | | |
| **NCI** **3601 Algonquin Rd. ste-500** **c/o Wheaton Fire Dept** **Rolling Meadows, IL 60008** | J | | | | | | | 0.00 |
| Account No. **60474** | | | | | | | | |
| **NCO Financial** **PO Box 41466** **Philadelphia, PA 19101** | J | | | | | | | 394.00 |
| Account No. **279863964** | | | | | | | | |
| **NCO Financial Systems** **c/o Cingulair** **507 Prudential Rd.** **Horsham, PA 19044** | J | | | | | | | 1,470.96 |
| Account No. **4911108** | | | | | | | | |
| **NCO Financial Systems, Inc.** **c.o Paypal** **PO Box 27141** **Baltimore, MD 21230** | J | | | | | | | 347.03 |

Sheet no. __**21**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,211.99**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
    **Terry A. Mohring**                                                    Case No. _____

_____,
                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **26252** <br><br> **Neuro Spinal Center** <br> **528 N. Cass Ave** <br> **Westmont, IL 60559** | | J | | | | | 100.00 |
| Account No. **327040720970520** <br><br> **NICOR  GAS** <br> **1844  Ferry Road** <br> **Naperville, IL 60563** | | J | arrearage | | | | 441.00 |
| Account No. <br><br> **Northwest Collectors, Inc.** <br> **c/o Wilfried Schmerold MD** <br> **3601 Algonquin Rd. Ste.-500** <br> **Rolling Meadows, IL 60008** | | J | Notice only | | | | 0.00 |
| Account No. <br><br> **Northwest Memorial Hosptial** <br> **251 E. Huron St.** <br> **Chicago, IL 60611** | | J | | | | | 253.85 |
| Account No. <br><br> **Oak Park Eye Center** <br> **c/o A. Gwendolyn Noble, M.D.** <br> **7055 West North Ave.** <br> **Oak Park, IL 60302** | | J | 0022333 $100.00 <br> 0084599 $35.00 | | | | 135.00 |

Sheet no. __**22**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                929.85

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Roger A. Mohring,**
      **Terry A. Mohring**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **201644** | | | | | | | | |
| **Oakbrook Allergists c/o American Collection Corp. 919 Estes Ct. Schaumburg, IL 60193-4427** | | J | | | | | | 196.80 |
| Account No. **361142** | | | | | | | | |
| **Oberweis Dairy c/o Computer Credit Services 5340 N Clark St. Chicago, IL 60640-2120** | | J | | | | | | 221.00 |
| Account No. | | | | $1232.65 $1616.54 $702.54 | | | | |
| **Option Care 1155 W. Dundee Rd. Arlington Heights, IL 60004** | | J | | | | | | 3,551.73 |
| Account No. **5291151949177496** | | | | Notice Only | | | | |
| **OSI Collection Services, Inc. c/o Captial One Services PO Box 550720 Jacksonville, FL 32255** | | J | | | | | | 0.00 |
| Account No. **HC155364** | | | | | | | | |
| **Othopedic Associates of DuPage PO Box 4653 Oakbrook, IL 60522** | | J | | | | | | 478.66 |

Sheet no. __**23**__ of __**35**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,448.19

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
      **Terry A. Mohring**
                                                     ,
                                    Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Otolaryngology H-N-S, Ltd.**<br>**503 Thornhill Drive**<br>**Carol Stream, IL 60188** | | J | 29275 $ 233.00<br>$421.40<br>$37.80<br>$234.00 | | | | 926.20 |
| Account No. **1093623**<br><br>**Parkside Magnetic Resonance Center**<br>**1875 Dempster St. Ste-G06**<br>**Park Ridge, IL 60068** | | J | | | | | 389.60 |
| Account No. **1394**<br><br>**Patrick Healthcare**<br>**8404 S. Wilmette Ave.**<br>**Suite B**<br>**Darien, IL 60561** | | J | | | | | 3,850.00 |
| Account No.<br><br>**Patrick Nelson Public Defender**<br>**DuPage Public Defender Office**<br>**503 N. County Farm Rd.**<br>**Wheaton, IL 60187** | | J | Notice Only | | | | 0.00 |
| Account No. **4911108**<br><br>**Paypal**<br>**c/o NCO Financial Systems, INC**<br>**Baltimore, MD 21230** | | J | | | | | 347.03 |

Sheet no. __**24**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,512.83

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
      **Terry A. Mohring**
                                                                 ,

Case No. _____

                                   Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Peggy Drummond GAL Est.** <br>**Attorney at Law** <br>**122 S. County Farm Rd.** <br>**Wheaton, IL 60187** | | J | | **Notice** | | | | 0.00 |
| Account No. **BK9986** <br><br>**Physiotherapy Assoc.** <br>**1795 S. Washington #104** <br>**Naperville, IL 60565-2058** | | J | | | | | | 222.64 |
| Account No. **31404466-10** <br><br>**Plaza Associates** <br>**PO Box 18008** <br>**Hauppauge, NY 11788** | | J | | **Notice Only** | | | | 0.00 |
| Account No. **8007900278** <br><br>**Prometheus Labs** <br>**5739 Pacific Center Blvd.** <br>**San Diego, CA 92121** | | J | | | | | | 200.00 |
| Account No. **050111XXXX** <br><br>**Providian** <br>**PO Box 9176** <br>**Pleasanton, CA 94566** | | J | | **Notice Only** | | | | 0.00 |

Sheet no. __**25**_ of _**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**422.64**

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**                                              Case No. _____
         **Terry A. Mohring,**

_____,
                                          Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8505049701** <br><br> **Providian National Bank** <br> **c/o Midland Credti Managment** <br> **5775 Roscoe Ct.** <br> **San Diego, CA 92123** | | J | | | | | 737.37 |
| Account No. **4121-3705-0111-7777** <br><br> **Providian National Bank Visa** <br> **c/o NCO Financial Systems, Inc.** <br> **PO Box 7602** <br> **Fort Washington, PA 19034** | | J | | | | | 754.64 |
| Account No. <br><br> **Quest Diagnostics** <br> **PO Box 64804** <br> **Baltimore, MD 21264** | | J | | | | | 100.00 |
| Account No. <br><br> **Radiology Image Consultants** <br> **PO Box 1886** <br> **Harvey, IL 60426** | | J | | | | | 20.40 |
| Account No. <br><br> **Ray Redelman, MA LMFT** <br> **Wheaton Counseling Center** <br> **200 E. Willow #101** <br> **Wheaton, IL 60187** | | J | | | | | 600.00 |

Sheet no. __**26**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,212.41

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**                                          Case No. _____
      **Terry A. Mohring**
_____,
                             Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. MMo40588-G<br><br>**RCW LTD Radiological Consultants**<br>**c/o Merchants Credit**<br>**223 W. Jackson Blvd.**<br>**Chicago, IL 60606** | | J | | | | | 353.00 |
| Account No.<br><br>**Rehabilitation Services Network**<br>**180 Danada Square West**<br>**Wheaton, IL 60187** | | J | **$22.80**<br>**$23.40** | | | | 46.20 |
| Account No. 805RJM0101957<br><br>**RJM Acquisitions LLC**<br>**PO Box 12023**<br>**Hauppauge, NY 11788-2023** | | J | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**RPLMC**<br>**Rush Pediatrics**<br>**1653 W. Congress Pkwy**<br>**Chicago, IL 60612** | | J | | | | | 270.00 |
| Account No. 38171<br><br>**Rush Pediatric Medical Service Plan**<br>**630 S. Hermitage Kidston Building**<br>**Ste- 605**<br>**Chicago, IL 60612** | | J | **$36.80**<br>**$317.60** | | | | 354.40 |

Sheet no. __27__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,023.60**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
                                             Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Roger A. Mohring,**
        **Terry A. Mohring**                                                Case No. _____

_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Rush Presbyterian St. Lukes Hospita** <br> **1653 W. Congress Pkwy** <br> **Chicago, IL 60612** | | J | | | | | 500.00 |
| Account No. <br><br> **Rush University Medical Center** <br> **1653 W Congress Pkwy** <br> **Chicago, IL 60612** | | J | | | | | 476.49 |
| Account No. <br><br> **Ruth Dann Public Defender** <br> **Dupage County Public Def. Office** <br> **503 N. County Farm Rd.** <br> **Wheaton, IL 60187** | | J | Notice only | | | | 0.00 |
| Account No. **5067097** <br><br> **SBC** <br> **c/o Money Control** <br> **P.O. Box 49990** <br> **Riverside, CA 92514** | | J | | | | | 168.18 |
| Account No. <br><br> **SBC Ameritech** <br> **Bill Payment Center** <br> **Chicago, IL 60663-0001** | | J | | | | | 238.88 |

Sheet no. __**28**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     1,383.55

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Roger A. Mohring,**
    **Terry A. Mohring**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **117140** | | | | | | | | |
| **Sportsmed/Wheaton Orthopedics** <br> **327 Gundersen Dr.** <br> **Carol Stream, IL 60188** | | J | | | | | | 140.00 |
| Account No. **023888-00** | | | | | | | | |
| **Suburban Lung Association** <br> **810 Biesterfield Road** <br> **Suite 404** <br> **Elk Grove Village, IL 60007-7320** | | J | | | | | | 92.40 |
| Account No. **184** | | | | | | | | |
| **Superior Asset Management** <br> **5720 Peachtree Pkwy #300** <br> **Norcross, GA 30092** | | J | | | | | | 1,471.00 |
| Account No. | | | | $125 <br> $48.51 <br> 2445983  $404 <br> 2445984  $404 | | | | |
| **Swedish American Hospital** <br> **PO Box 4388** <br> **1400 Charles St.** <br> **Rockford, IL 61110** | | J | | | | | | 981.51 |
| Account No. **250407828** | | | | | | | | |
| **T-Moble Corporation** <br> **P.O. Box 742596** <br> **Cincinnati, OH 45274-2596** | | J | | | | | | 143.72 |

Sheet no. __**29**_ of _**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,828.63

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Roger A. Mohring,**
   **Terry A. Mohring**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **T-Moble Corporation** <br> **c/o First Collection Services** <br> **10925  Otter Creed E Blvd.** <br> **Mabelvale, AR 72103** | | J | | | | | | 350.08 |
| Account No. <br><br> **T-Moble Corporation** <br> **c/o Mitchell N Kay PC** <br> **P.O. Box 2374** <br> **Chicago, IL 60690-2374** | | J | | notice only | | | | 0.00 |
| Account No. <br><br> **T-Moble Corporation** <br> **c/o Arthur S. Corrales, ESQ** <br> **P.O. Box 6340** <br> **Clearwater, FL 33758-6340** | | J | | notice only | | | | 0.00 |
| Account No. **250407828** <br><br> **T-Moble Corporation** <br> **P.O. Box 742596** <br> **Cincinnati, OH 45274-2596** | | J | | | | | | 143.72 |
| Account No. **35122257** <br><br> **The Cleveland Clinic Foundation** <br> **P.O. Box 73662** <br> **Cleveland, OH 44193-1273** | | J | | | | | | 367.93 |

Sheet no. \_\_**30**\_\_ of \_\_**35**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

861.73

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**                                          Case No. _____
         **Terry A. Mohring**
_____,
                                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **The Pediatric Faculty Foundation PO Box 2787 Springfield, IL 62708** | | | J | | 54-2268245 $15.00 11-2268245 $6.24 | | | | **21.24** |
| Account No. **The Pediatric Place 2500 Higgins Rd. Ste- 410 Hoffman Estates, IL 60195** | | | J | | **Notice only** | | | | **0.00** |
| Account No. **Thomas E. Jolas, PC 202 First St. NW P.O. Box 4000 Mason City, IA 50501** | | | J | | **Dennis M. Moore** **Notice Only** | | | | **0.00** |
| Account No. **Tri-County Accounts Bureau, Inc. PO Box 646 Wheaton, IL 60189** | | | J | | **Notice Only** c/o Hinsdale Hospital H-5327288 c/o Sportsed Center c/o Dupage Medical Group 284505494-65982107 | | | | **0.00** |
| Account No. 085900000151943875 **TxCollect, INC 2101 W. Ben White Blvd. c/o AT&T Austin, TX 78704** | | | J | | **Notice only** | | | | **0.00** |

Sheet no. __**31**_ of _**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21.24**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Roger A. Mohring,**
    **Terry A. Mohring**                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 86926829 | | | Notice Only | | | | |
| United Collection Bureau c/o University Pathologists 5620 Southwyck Blvd. Toledo, OH 43614 | | J | | | | | 0.00 |
| Account No. 800937336 | | | | | | | |
| Univ. of Chicago Hospital PO Box 70565 Chicago, IL 60673 | | J | | | | | 100.00 |
| Account No. UNI-20130024 | | | | | | | |
| University Anesthesiologists Lock Box 128 Glenview, IL 60025 | | J | | | | | 96.00 |
| Account No. 4178370 | | | | | | | |
| University of Chicago Physicians P.O. Box 75307 Chicago, IL 60675 | | J | | | | | 780.00 |
| Account No. 8262829 | | | | | | | |
| University Pathologists c/o United Collection Bureau 5620 Southwyck Blvd Toledo, OH 43614-1539 | | J | | | | | 63.00 |

Sheet no. __32_ of _35_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,039.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Roger A. Mohring,**
    **Terry A. Mohring**                                    Case No. _____

                                      Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**US Department of Education**<br>**National Payment Center**<br>**PO Box 4169**<br>**Greenville, TX 75403** | | J | | | | | 2,443.53 |
| Account No. **22284634**<br><br>**Van Ru Credit Corporation**<br>**Creditor Covenant Managment Group**<br>**10024 Skokie Blvd. PO Box 1109**<br>**Skokie, IL 60076** | | J | | | | | 1,065.72 |
| Account No.<br><br>**Village of South Barrington**<br>**30 South Barrington Rd.**<br>**South Barrington, IL 60010** | | J | | | | | 40.00 |
| Account No. **250407828**<br><br>**Voicestream Wireless**<br>**PO Box 742596**<br>**Cincinnati, OH 45274** | | J | | | | | 100.00 |
| Account No. **53610**<br><br>**Vyridian Revenue Managment**<br>**c/o M3 Financial Services, Inc.**<br>**P.O. Box 802089**<br>**Chicago, IL 60680** | | J | | | | | 317.60 |

Sheet no. __**33**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **3,966.85**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
**Terry A. Mohring,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**West Central Anesthesiologists**<br>**Medical Business Bureau**<br>**1550 N. Northwest Hwy. Ste. 403**<br>**Park Ridge, IL 60068-1463** | | J | **M69918WCG  $170**<br>**M69918539   $90**<br>**M69918-00508430 $90.11** | | | | 350.11 |
| Account No. **2365319**<br><br>**Wexler & Wexler**<br>**500 W. Madison**<br>**Suite 2910**<br>**Chicago, IL 60661-2587** | | J | **Wal-mart** | | | | 101.63 |
| Account No. **9325**<br><br>**Wexler & Wexler**<br>**500 W. Madison**<br>**Suite 2910**<br>**Chicago, IL 60661-2587** | | J | | | | | 130.00 |
| Account No. **85429**<br><br>**Wheaton Fire Dept.**<br>**Dept. 2W**<br>**PO Box 457**<br>**Wheeling, IL 60090** | | J | | | | | 415.00 |
| Account No. **1787**<br><br>**Wheaton Pediatrics, LTD**<br>**55 E Loop Rd. STE 300**<br>**Wheaton, IL 60187** | | J | | | | | 109.00 |

Sheet no. __**34**_ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,105.74

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **Roger A. Mohring,**
     **Terry A. Mohring**
                                                   ,

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Wilfried Schmerold, M.D.** <br> **507 B. Thornhill Dr.** <br> **Carol Stream, IL 60188** | | J | | | | | | 73.00 |
| Account No. **03-196752** <br><br> **Winfield Fire Protection Dist.** <br> **PO Box 1368** <br> **Elmhurst, IL 60126** | | J | | | | | | 312.00 |
| Account No. **8774386-0** <br><br> **Writer's Digest Book Club** <br> **PO Box 9273** <br> **Central Islip, NY 11722** | | J | | | | | | 23.34 |
| Account No. <br><br> **Writer's Digest School** <br> **4700 E. Galbraith Rd.** <br> **Cincinnati, OH 45236** | | J | | | | | | 228.00 |
| Account No. | | | | | | | | |

Sheet no. __35__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 636.34 |
| Total <br> (Report on Summary of Schedules) | 111,621.31 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re      **Roger A. Mohring,**                                      Case No. _____
           **Terry A. Mohring**
           _____,
                                Debtors

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Pasquale Deadessis**<br>**172 Ringneck Lane**<br>**Bloomingdale, IL 60108** | **Home lease** |

___0___  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re   **Roger A. Mohring,**                                    Case No. _____

     **Terry A. Mohring**
_____,
Debtors

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
|  |  |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6I
(12/03)

In re **Roger A. Mohring**
**Terry A. Mohring**
_____   Case No. _____
Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Daughter**<br>**Son** | AGE<br>**16**<br>**18** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Programmer** | |
| Name of Employer | **John Crane** | **Homemaker** |
| How long employed | **5 years** | |
| Address of Employer | **6400 West Oakton**<br>**Morton Grove, IL 60053** | |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | **7,130.00** | $ | **0.00** |
| Estimated monthly overtime | $ | **0.00** | $ | **0.00** |
| SUBTOTAL | $ | **7,130.00** | $ | **0.00** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **1,100.00** | $ | **0.00** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify)   **401(k) loan** | $ | **321.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,421.00** | $ | **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **5,709.00** | $ | **0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ | **0.00** |
| Income from real property | $ | **0.00** | $ | **0.00** |
| Interest and dividends | $ | **0.00** | $ | **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| Social security or other government assistance | | | | |
| (Specify) | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| Pension or retirement income | $ | **0.00** | $ | **0.00** |
| Other monthly income | | | | |
| (Specify) | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| TOTAL MONTHLY INCOME | $ | **5,709.00** | $ | **0.00** |

TOTAL COMBINED MONTHLY INCOME   $ _____ **5,709.00**        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re | **Roger A. Mohring**
**Terry A. Mohring**                                         Case No. _____
_____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

o   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 1,425.00 |
| Are real estate taxes included? | Yes ____ | No **X** | | |
| Is property insurance included? | Yes ____ | No **X** | | |
| Utilities:    Electricity and heating fuel | | | $ | 140.00 |
| Water and sewer | | | $ | 50.00 |
| Telephone | | | $ | 100.00 |
| Other    **See Detailed Expense Attachment** | | | $ | 210.00 |
| Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| Food | | | $ | 825.00 |
| Clothing | | | $ | 100.00 |
| Laundry and dry cleaning | | | $ | 40.00 |
| Medical and dental expenses | | | $ | 500.00 |
| Transportation (not including car payments) | | | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 12.00 |
| Charitable contributions | | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| Homeowner's or renter's | | | $ | 0.00 |
| Life | | | $ | 0.00 |
| Health | | | $ | 0.00 |
| Auto | | | $ | 275.00 |
| Other | | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) | | | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | | |
| Auto | | | $ | 0.00 |
| Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | | $ | 500.00 |
| Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| Other    **Tuition + COD** | | | $ | 335.00 |
| Other    **Personal Grooming** | | | $ | 75.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)          | $ | 4,887.00 |

## [FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | $ | 5,709.00 |
| B.   Total projected monthly expenses | $ | 4,887.00 |
| C.   Excess income (A minus B) | $ | 822.00 |
| D.   Total amount to be paid into plan each    **Monthly** | $ | 822.00 |
| (interval) | | |

2/28/05 8:33AM

In re    **Roger A. Mohring**
**Terry A. Mohring** _____    Case No. _____
Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Gas** | $ | **130.00** |
| **Garbage** | $ | **30.00** |
| **Cable** | $ | **50.00** |
| **Total Other Utility Expenditures** | $ | **210.00** |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Roger A. Mohring**
**Terry A. Mohring**                                    Case No. _____

_____
Debtor(s)          Chapter    **13**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
____**51**____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my
knowledge, information, and belief.

Date  **February 28, 2005**                Signature  **/s/ Roger A. Mohring**
_____            _____
                                     **Roger A. Mohring**
                                     Debtor

Date  **February 28, 2005**                Signature  **/s/ Terry A. Mohring**
_____            _____
                                     **Terry A. Mohring**
                                     Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§   152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Roger A. Mohring**
    **Terry A. Mohring**                                           Case No.

                                           Debtor(s)           Chapter    **13**

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
○

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$89,000.00** | **Husband 2003 Income** |
| **$104,000.00** | **Husband 2004 Income** |
| **$13,000.00** | **Husband 2005 YTD Income** |

**2. Income other than from employment or operation of business**

None
∩

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT                       SOURCE

2

### 3. Payments to creditors

None
n
   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
n
   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
○
   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Central DuPage Hospital vs. Roger A. Mohring and Terry A. Mohring 2004AR002218** | **Collection** | **DuPage County** | **Pending** |

None
n
   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
n
   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
n
   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
n

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
n

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
n

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
o

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Offices of  Joseph Wrobel,  Ltd. Kathleen Vaught, P.C., of  counsel 600 W. Roosevelt Rd - Suite B-1 IL 60787** | **02/18/2005** | **1194.00** |

**10. Other transfers**

None
n

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

4

**11.  Closed financial accounts**

None
n

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
n

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
n

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
n

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
n

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
n

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
∩    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
∩    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
∩    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
∩    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
∩    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February 28, 2005**                    Signature  **/s/ Roger A. Mohring**

                                                    **Roger A. Mohring**
                                                    Debtor


Date  **February 28, 2005**                    Signature  **/s/ Terry A. Mohring**

                                                    **Terry A. Mohring**
                                                    Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

2/28/05 8:33AM

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Roger A. Mohring**
**Terry A. Mohring**

Debtor(s)

Case No. _____

Chapter  **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept........................................................... | $     **2,700.00** |
| Prior to the filing of this statement I have received.............................................. | $     **1,000.00** |
| Balance Due............................................................................................................ | $     **1,700.00** |

2.   $  **194.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ⊓ Debtor      ○ Other (specify):

4.   The source of compensation to be paid to me is:

    ⊓ Debtor      ○ Other (specify):

5.   ⊓ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ○ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions; any adversary proceeding, continued trustee meetings for debtor failure to appear, amendments to schedules, continued confirmation for debtor failure to pay trustee or provide required documentation.**

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February 28, 2005**

**/s/ Law Offices of Joseph Wrobel, Ltd.**
**Law Offices of Joseph Wrobel, Ltd.**
**Kathleen Vaught, P.C. #2892790**
**Law Offices of Kathleen Vaught, P.C**
**600 W. Roosevelt Rd., Suite B-1**
**Wheaton, IL 60187**
**630-871-9100  Fax: 630-871-9200**

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Roger A. Mohring**
          **Terry A. Mohring**                                           Case No. _____

_____
                                Debtor(s)      Chapter        **13**  _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **February 28, 2005**              **/s/ Roger A. Mohring**
_____      _____
                               **Roger A. Mohring**
                               Signature of Debtor

Date:  **February 28, 2005**              **/s/ Terry A. Mohring**
_____      _____
                               **Terry A. Mohring**
                               Signature of Debtor