UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    ROGER A MOHRING  
    TERRY A MOHRING  
    Debtor(s)

Case No. 05-07216

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/02/2005.

2) The plan was confirmed on 04/15/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/27/2006, 02/28/2007.

5) The case was completed on 08/04/2009.

6) Number of months from filing to last payment: 53.

7) Number of months case was pending: 57.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $22,966.00.

10) Amount of unsecured claims discharged without payment: $98,774.03.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $42,634.39 |
| Less amount refunded to debtor | $712.39 |
| **NET RECEIPTS:** | **$41,922.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,875.17 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,575.17** |

Attorney fees paid and disclosed by debtor:     $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A GWENDOLYN NOBLE MD | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| AAA COLLECTIONS | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 626.60 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 168.00 | 168.18 | 168.18 | 115.61 | 0.00 |
| AT&T | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 150.47 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 1,470.93 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,194.46 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | NA | 904.36 | 904.36 | 621.65 | 0.00 |
| CAPITAL ONE FINANCIAL | Unsecured | 1,917.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE FINANCIAL | Unsecured | 236.36 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 1,134.52 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 3,892.52 | 5,794.21 | 5,794.21 | 3,982.88 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 1,578.95 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 19.64 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 5,750.91 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 52.49 | NA | NA | 0.00 | 0.00 |
| CENTRAL PHYSICIANS | Unsecured | 273.87 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY SVC | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 2,748.91 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL MEDICAL CT | Unsecured | 798.60 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL MEDICAL CT | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CLARION HEALTH | Unsecured | 473.50 | NA | NA | 0.00 | 0.00 |
| CLEVELAND CLINIC FOUNDATION | Unsecured | 367.93 | NA | NA | 0.00 | 0.00 |
| CM HEALTHCARE RESOURCES | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 365.16 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE NEUROLOGY | Unsecured | 1,610.00 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT SERVICE | Unsecured | 1,409.49 | NA | NA | 0.00 | 0.00 |
| CUB FOODS | Unsecured | 104.26 | 104.26 | 104.26 | 71.67 | 0.00 |
| DENNIS M MOORE MD | Unsecured | 1,235.10 | NA | NA | 0.00 | 0.00 |
| DEPT OF CHILDREN & FAMILY SVCS | Unsecured | 4,511.39 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DJ OTHROPEDICS | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE INTERNAL MEDICINE | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE SURGICAL CONSULTANTS | Unsecured | 69.44 | NA | NA | 0.00 | 0.00 |
| EBAY | Unsecured | 728.12 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 565.97 | 565.97 | 389.04 | 0.00 |
| ELMHURST CLINIC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| FEMALE HEALTHCARE | Unsecured | 38.40 | NA | NA | 0.00 | 0.00 |
| FIRST CARE AMBULANCE | Unsecured | 254.10 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BUR | Unsecured | 728.68 | NA | NA | 0.00 | 0.00 |
| FIRSTCARE HEALTH SERVICES | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Secured | 364.00 | 122.23 | 122.23 | 122.23 | 0.00 |
| GAUTHIER HEALTHCARE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| GLEN ELLYN OPHTH ASSOC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| GLENBARD FAMILY MEDICAL CENT | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| GROSSWEINER & BLASZEK | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| HEALTH SOUTH WHEATON | Unsecured | 46.20 | NA | NA | 0.00 | 0.00 |
| HINSDALE ANESTHESIOLOGISTS | Unsecured | 61.60 | NA | NA | 0.00 | 0.00 |
| HINSDALE HOSPITAL | Unsecured | 605.27 | NA | NA | 0.00 | 0.00 |
| HOSPITAL AT HOME | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,655.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Unsecured | 516.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Unsecured | 1,277.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT CHILDREN & FAMIL | Unsecured | 4,511.39 | 4,901.39 | 4,901.39 | 3,369.17 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 2,663.93 | 519.67 | 519.67 | 357.22 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 5,017.58 | 5,017.58 | 5,017.58 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 437.63 | 437.63 | 437.63 | 300.82 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 754.64 | 728.68 | 728.68 | 500.89 | 0.00 |
| JOHNSON WESTRA BROECKER ET AL | Unsecured | 10,145.95 | 10,145.95 | 10,145.95 | 6,974.22 | 0.00 |
| JOSEPH R WELLS DDS | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| KATERJI PEDIATRIC NEUROLOGY | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| LARABIDA CHILDRENS HOSPTIAL | Unsecured | 22.80 | NA | NA | 0.00 | 0.00 |
| LASALLE BANK | Unsecured | 1,323.02 | NA | NA | 0.00 | 0.00 |
| LILLIAN SUSAN WARDEN | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| M & M ORTHOPAEDICS | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| M3 FINANCIAL SERVICES | Unsecured | 317.60 | NA | NA | 0.00 | 0.00 |
| MARLINIT | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| MAYO CLINIC ROCHESTER BR | Unsecured | 1,588.00 | 1,588.00 | 1,588.00 | 1,091.58 | 0.00 |
| MCI TELECOMMUNICATIONS | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| MCI TELECOMMUNICATIONS | Unsecured | 204.52 | NA | NA | 0.00 | 0.00 |
| MCI WORLDCOM | Unsecured | 131.32 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 350.11 | NA | NA | 0.00 | 0.00 |
| MEDICAL EXPRESS AMBULANCE | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY | Unsecured | 2,013.49 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT CORP | Unsecured | 1,132.00 | 1,677.02 | 1,677.02 | 1,152.77 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 6,356.18 | NA | NA | 0.00 | 0.00 |
| MIDWEST EAR NOSE AND THROAT | Unsecured | 926.20 | 371.40 | 371.40 | 255.30 | 0.00 |
| MIDWEST PEDIATRIC CARDIOLOGY | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| MT SINAI HOSPITAL MEDICAL CTR | Unsecured | 416.41 | NA | NA | 0.00 | 0.00 |
| MT SINAI HOSPITAL MEDICAL CTR | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| MT SINAI HOSPITAL MEDICAL CTR | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SRV | Unsecured | 987.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 1,470.96 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 347.03 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 347.03 | NA | NA | 0.00 | 0.00 |
| NEUROLOGICAL & SPINAL SURGERY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NICOR GAS | Unsecured | 441.00 | 620.63 | 620.63 | 426.61 | 0.00 |
| NORTHWESTERN MEDICAL FACULT | Unsecured | 253.85 | NA | NA | 0.00 | 0.00 |
| OAK PARK EYE CENTER | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| OAKBROOK ALLERGIST | Unsecured | 196.80 | NA | NA | 0.00 | 0.00 |
| OBERWEIS DAIRY | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| OMNIBUS MEDICAL GROUP | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| OPTION CARE | Unsecured | 3,551.73 | NA | NA | 0.00 | 0.00 |
| ORTHOPAEDIC ASSOC OF DUPAGE | Unsecured | 478.66 | NA | NA | 0.00 | 0.00 |
| PARKSIDE MAGNETIC RESONNACE | Unsecured | 3,898.60 | NA | NA | 0.00 | 0.00 |
| PATRICK HEALTHCARE | Unsecured | 3,850.00 | 3,850.00 | 3,850.00 | 2,646.45 | 0.00 |
| PENN CREDIT CORP | Unsecured | 32.65 | NA | NA | 0.00 | 0.00 |
| PHYSIOTHERAPY ASSOC | Unsecured | 222.64 | NA | NA | 0.00 | 0.00 |
| PROMETHEUS LABS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 20.40 | NA | NA | 0.00 | 0.00 |
| RCW LTD | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 737.37 | 1,125.34 | 1,125.34 | 773.55 | 0.00 |
| RPM COLLECTION | Unsecured | 9,846.77 | NA | NA | 0.00 | 0.00 |
| RUSH PEDIATRIC MEDICAL | Unsecured | 354.40 | NA | NA | 0.00 | 0.00 |
| RUSH PRESBYTERIAN ST LUKES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| RUSH PRESBYTERIAN ST LUKES | Unsecured | 476.49 | NA | NA | 0.00 | 0.00 |
| RUSH PRESBYTERIAN ST LUKES | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| SBC AMERITECH | Unsecured | 168.18 | NA | NA | 0.00 | 0.00 |
| SBC AMERITECH | Unsecured | 238.88 | NA | NA | 0.00 | 0.00 |
| SPORTSMED WHEATON ORTHOPEDI | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| STERLING | Unsecured | 529.10 | 529.10 | 529.10 | 363.70 | 0.00 |
| SUBURBAN LUNG ASSOC | Unsecured | 92.40 | NA | NA | 0.00 | 0.00 |
| SUPERIOR ASSET MGMT | Unsecured | 1,471.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Unsecured | 981.51 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MED GROUP | Unsecured | 48.51 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 143.72 | 150.08 | 150.08 | 103.16 | 0.00 |
| T MOBILE VOICE STREAM | Unsecured | 143.72 | NA | NA | 0.00 | 0.00 |
| T MOBILE WIRELESS | Unsecured | 350.08 | NA | NA | 0.00 | 0.00 |
| THE PEDIATRIC FACULITY INC | Unsecured | 21.24 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGISTS | Unsecured | 96.00 | 96.00 | 96.00 | 65.99 | 0.00 |
| UNIVERSITY OF CHIC PHYSICIANS | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 63.00 | 63.40 | 63.40 | 43.58 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 2,443.53 | 2,010.12 | 2,010.12 | 1,381.74 | 0.00 |
| VAN RU CREDIT | Unsecured | 1,065.72 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH BARRINGTON | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| VOICESTREAM WIRELESS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VYRIDIAN REVENUE MGMT | Unsecured | 317.60 | NA | NA | 0.00 | 0.00 |
| W PATRICK ZELLER MD | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| WALMART | Unsecured | 101.63 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ACCEPTN | Unsecured | NA | 2,470.36 | 2,470.36 | 1,698.10 | 0.00 |
| WELLS FARGO FINANCIAL ACCEPTN | Secured | 6,225.00 | 6,225.00 | 6,225.00 | 6,225.00 | 296.32 |
| WEXLER & WEXLER | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| WHEATON COUNSELING CTR | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| WHEATON FIRE DEPT | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| WHEATON PEDIATRICS | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| WILFRED SCHMEROLD MD | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD FIRE PROTECTION DIST | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| WRITER'S DIGEST BOOK CLUB | Unsecured | 23.34 | NA | NA | 0.00 | 0.00 |
| WRITERS DIGEST SCHOOL | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,347.23 | $6,347.23 | $296.32 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,347.23** | **$6,347.23** | **$296.32** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,017.58 | $5,017.58 | $0.00 |
| **TOTAL PRIORITY:** | **$5,017.58** | **$5,017.58** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$38,821.75** | **$26,685.70** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,575.17 |
| Disbursements to Creditors | $38,346.83 |
| **TOTAL DISBURSEMENTS:** | **$41,922.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/23/2009                 By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**